# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin*

Michael D. Cilento
Roberto Ledesma†
Justin Mercer*
Savita Sivakumar‡
Lauren Valli

Shuyu Wang§

*also admitted in New Jersey
†also admitted in Florida
‡admitted in Washington, D.C. only
§law clerk, not admitted

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

January 20, 2022

**By U.S. Mail**
Clerk
United States District Court of Massachusetts – Boston Division
John Joseph Moakley United States Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 012210

Re:     **Sydni Deveraux vs. Sison, et al.,** Case No. CV-18-04882-PHX-DJH,
Request for Registration of a Judgment Entered in Another Jurisdiction

Dear Clerk's Office:

I am counsel for Plaintiff Sydni Deveraux in the above-mentioned case. Default Judgment was entered on October 22, 2021. Plaintiff hereby submits this request for Registration of the Judgment in the District of Massachusetts based on the Judgment entered in the United States District Court of Arizona – Phoenix Division.

Plaintiff submits a hard copy of the Judgment, an AO 451 Certification of Judgment from the District of Arizona, as well as a check to cover the associated fee. Please feel free to contact me via telephone (718) 243-9326 or email (justin@ilawco.com), should have any questions or concerns.

You may also return any documents associated with execution to my attention at the above address. We thank you in advance for your consideration.

Regards,
/s/ *Justin Mercer*
Justin Mercer, Esq.

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| Sydni Deveraux ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV-18-04882-PHX-DJH |
| Unknown Party, et al., ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___10/22/2021___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  ___12/03/2021___

DEBRA LUCAS

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydni Deveraux,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　Defendants. | NO. CV-18-04882-PHX-DJH<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendant Lauren Sison in the amount of $20,372.22.

Debra D. Lucas
District Court Executive/Clerk of Court

October 22, 2021

By　s/ S. Strong
　　Deputy Clerk

I hereby attest and certify on 12/3/2021 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy