# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydni Deveraux, <br> Plaintiff, <br> v. <br> Unknown Party, et al., <br> Defendants. | NO. CV-18-04882-PHX-DJH <br><br> **DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendant Lauren Sison in the amount of $20,372.22.

Debra D. Lucas
District Court Executive/Clerk of Court

October 22, 2021

By   s/ S. Strong
     Deputy Clerk

I hereby attest and certify on 12/3/2021 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy